THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERICK GODLEY, Appellant. [50 NYS3d 899]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered April 21, 2014. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Curran and Troutman, JJ.